**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | |
| | ) | **Criminal Case No. 22-CR-** 80-PB-01/02 |
| **JAYTHEAN DIAZ, and** | ) | |
| **GARY ORTIZ** | ) | |
| | ) | |

# INDICTMENT

**The Grand Jury charges:**

## COUNT ONE

(Conspiracy to Steal Firearms from Federal Firearm Licensee – 18 U.S.C. §§ 371, 922(u))

### Background

At all times relevant to Count One of this Indictment:

1. Second Amendment Arms, also known as Second Amendment Outdoors, was a Federal Firearms Licensee and was a business engaged in the retail sale of firearms. The business premises were in Derry, New Hampshire. The firearms in its business inventory included firearms that had been shipped and transported in interstate commerce.

### The Offense

2. Beginning on or about December 6, 2021, and continuing to at least on or about December 8, 2021, in the District of New Hampshire and elsewhere, the defendants,

**JAYTHEAN DIAZ,**
**and**
**GARY ORTIZ,**

knowingly and willfully conspired and agreed with each other and with persons known and unknown to the grand jury to commit the offense of stealing firearms from the premises and in business inventories of a Federal Firearm Licensee, specifically Second Amendment Arms.

Object of the Conspiracy

3. It was the object of the conspiracy to steal firearms from the premises and business inventories of a Federal Firearm Licensee, specifically, Second Amendment Arms.

Manner and Means of the Conspiracy

4. It was part of the conspiracy that on December 8, 2021, one or more of the conspirators traveled to Second Amendment Arms and stole firearms from its business inventory.

Overt Acts

5. In furtherance of the conspiracy and to effect the object of the conspiracy, one or more of the conspirators committed at least one of the following overt acts, among others, in the District of New Hampshire, and elsewhere:

a. On or before December 6, 2021, one or more of the conspirators obtained a stolen Chevrolet Cruz;

b. On or about December 8, 2021, two conspirators traveled in the stolen Chevrolet Cruz to the New Hampshire Water Treatment Facility in Salem, New Hampshire.

c. On or about December 8, 2021, two conspirators traveled in a Toyota Highlander to the New Hampshire Water Treatment Facility to Salem, New Hampshire;

d. On or about December 8, 2021, two conspirators exited the Toyota Highlander and entered the stolen Chevrolet Cruz with the other two conspirators;

e. On or about December 8, 2021, Jaythean Diaz, Gary Ortiz, and two conspirators traveled in the Chevrolet Cruz from Salem, New Hampshire, to the parking lot outside Second Amendment Arms in Derry, New Hampshire;

f. On or about December 8, 2021, three of the conspirators broke into Second Amendment Arms and stole the following firearms, each of which belonged to and were in the

business inventory of Second Amendment Arms, and each of which had been shipped and transported in interstate commerce:

| Manufacturer | Model | Caliber | Type | Serial Number |
|---|---|---|---|---|
| Ruger | 10/22 | 22 | Rifle | 0010-58641 |
| Ruger | LC9S | 9mm | Pistol | 321-41855 |
| Ruger | 10/22 CHARGER | 22 | Pistol | 492-14433 |
| Bersa | Thunder 380 | 380 | Pistol | 969083 |
| Kimber | Micro 380 | 380 | Pistol | P0041659 |
| Smith & Wesson | M&P 380 Shield | 380 | Pistol | NCV8929 |
| Taurus | G3C | 9mm | Pistol | ACG061880 |
| Taurus | G3C | 9mm | Pistol | ABH843415 |
| Star, Bonifacio Echeverria | Ultrastar | 9mm | Pistol | 2137062 |
| HS Produkt/IM METAL for Springfield Armory | XD9 | 9mm | Pistol | BA226333 |
| Sarsilmaz (SAR Arms) | SAR 9 | 9mm | Pistol | T1102-20BV06755 |
| Bersa | Thunder 380 | 380 | Pistol | 135725 |

g. On or about December 8, 2021, three conspirators placed the stolen firearms in the stolen Chevrolet Cruz and left in the vehicle;

h. On or about December 8, 2021, Jaythean Diaz, Gary Ortiz, and two other conspirators traveled in the Chevrolet Cruz from Derry, New Hampshire, to Salem, New Hampshire;

i. On or about December 8, 2021, Jaythean Diaz, Gary Ortiz, and two other conspirators exited the stolen Chevrolet Cruz, placed the stolen firearms in the Toyota Highlander, got into the Toyota Highlander, and left the area in the Toyota Highlander;

j. On or about December 8, 2021, Jaythean Diaz, Gary Ortiz, and two other conspirators abandoned the stolen Chevrolet Cruz in Salem, New Hampshire; and

g. On or about December 8, 2021, Jaythean Diaz, Gary Ortiz, and two other conspirators traveled in the Toyota Highlander with the stolen firearms from New Hampshire to Massachusetts.

All in violation of Title 18, United States Code, Sections 371 and 922(u).

Dated: July 11, 2022

A TRUE BILL

/s/ Foreperson of the Grand Jury
Foreperson of the Grand Jury

JANE E. YOUNG
United States Attorney
District of New Hampshire

By: /s/ Anna Z. Krasinski
Anna Z. Krasinski
Assistant U.S. Attorney